UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEOFFREY BOWSER, individually and on behalf of all others similarly situated, | **DECLARATION OF SAMANTHA SCHONFELD IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| Plaintiff, | Civil Action No.:21-cv-6183 (DG)(VS) |
| -against- | |
| THE CITY OF NEW YORK and DERMOT F. SHEA, KEECHANT SEWELL, and EDWARD A. CABAN, each in his/her individual capacity, | |
| Defendants. | |

**SAMANTHA SCHONFELD**, declares pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1.      I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendant,[1] the City of New York, in the above-captioned action.

2.      I submit this declaration pursuant to the Court's Individual Practice Rules III(A)(2) and to place on the record the relevant documents in support of Defendant's motion for summary judgment.

3.      Attached as Exhibit "1" is a true and correct copy of the relevant portions of the deposition transcript of Geoffrey Bowser dated December 10, 2025.

---

[1] By Decision dated July 11, 2025, the Court granted Defendants' motion to dismiss the Amended Complaint with respect to dismissing the claims against the individually-named Defendants.

4.      Attached as Exhibit "2" is a true and correct copy of the relevant portions of the deposition transcript of John Ottosen, dated November 24, 2025.

5.      Attached as Exhibit "3" is a true and correct copy of the relevant pages from Defendant's document production.

6.      Attached as Exhibit "4" is a true and correct copy of the relevant pages from Plaintiff's document production.

7.      Attached as Exhibit "5" is a true and correct copy of the Declaration of Samantha Schonfeld in Support of Defendants' Motion to Dismiss the Amended Complaint, filed June 25, 2024, ECF No. 32.

Dated:      New York, New York
            January 20, 2026

                                        /s/ Samantha Schonfeld
                                        Samantha Schonfeld
                                        Assistant Corporation Counsel