# EXHIBIT 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

---

GEOFFREY BOWSER,

      Plaintiff,

  v.                        Case No.

CITY OF NEW YORK,          1:23-CV-06183

      Defendant.

---

DEPOSITION OF GEOFFREY BOWSER

DATE:          Wednesday, December 10, 2025

TIME:          10:16 a.m.

LOCATION:     Remote Proceeding

               Klafter Lesser, LLP

               Two International Drive Suite 350

               Rye Brook, NY 10573

REPORTED BY:  Abdul Sohail

JOB NO.:      7779297

A P P E A R A N C E S

ON BEHALF OF PLAINTIFF GEOFFREY BOWSER:

JEFFREY A. KLAFTER, ESQUIRE (by videoconference)

Klafter Lesser, LLP

Two International Drive Suite 350

Rye Brook, NY 10573

jak@klafterlesser.com

(914) 934-9200


JESSICA RADO, ESQUIRE (by videoconference)

Klafter Lesser, LLP

Two International Drive, Suite 350

Rye Brook, NY 10573

jessica.rado@klafterlesser.com

(914) 934-9200


ON BEHALF OF DEFENDANT CITY OF NEW YORK:

JAMES E. CULLEN, ESQUIRE (by videoconference)

New York City Law Department

100 Church Street

New York, NY 10007

jecullen@law.nyc.gov

(212) 356-1000

File #: 2023-080431    Control #: 621824

INDEX

EXAMINATION:                                               PAGE

    By Mr. Cullen                                            6


                    E X H I B I T S

NO.              DESCRIPTION                              PAGE

Bowser:

Exhibit 1        NYC Police Department A-Summonses

                 10/28/22 - 10/28/24,

                 NYC000001-000011                          26

Exhibit 2        Bowser Bluesky Post 1/28/25,

                 NYC000117-000118                          44

Exhibit 3        Notice of Parking Violation 4/3/23

                 and Impound Receipts 4/10/23,

                 Bowser 000015-000018                       57

Exhibit 4        Notice of Parking Violation 4/3/23        73

P R O C E E D I N G S

THE REPORTER: So, again, good morning. My name is Abdul Sohail. I'm the reporter assigned by Veritext to take the record of this proceeding. We are now on the record at 10:16 a.m.

This is the deposition of Geoffrey Bowser, taken in the matter of Geoffrey Bowser vs. The City of New York on December 10, 2025, at New York, New York 10017.

I'm a notary authorized to take acknowledgments and administer oaths in New York. Parties agree that I will swear in the witness remotely.

MR. CULLEN: Yes.

THE REPORTER: Okay. Additionally, absent an objection on the record before the witness is sworn, all parties and the witness understand and agree that any certified transcript produced from the recording of this proceeding:

    - is intended for all uses permitted under applicable procedural and evidentiary rules and laws in the same manner as a deposition recorded by stenographic means; and

    - shall constitute written stipulation

A    It was a lease that, I believe, started in -- I mean, I think we produced the lease agreement, so I would rather look at the lease agreement to confirm this, but I believe it was either a 2021 or a 2022 that we got in the early part of the year. So it was probably 2021, and then we kept it three years, so returned it in the first part of -- oh, maybe it was 2022 to 2025. Sorry. I'm, like --

Q    That's okay.

A    It -- but it -- it's in that range.

Q    Okay. So you no longer lease this car; is that right?

A    Yes. We -- we gave -- we surrendered the lease at the -- the end of the lease.

Q    Do you own or lease any other cars?

A    No.

Q    Oh, sorry. And you say "we." Who is the other person who you're leasing -- who you leased that car with?

A    My wife.

Q    Okay. And did she drive the car regularly as well?

A    Less than I did, but somewhat regularly. Sure.

Q    Okay. And do you guys still drive

additional hundred dollars or whatever.  So really your only two options are either challenge right away or pay the ticket right away.  There's no -- that's the system as -- as I understand it.

BY MR. CULLEN:

Q    And when you --

A    At least it was the system in 2020 -- I -- I don't know.  When were those -- sorry, let me go back. Do you know where those are here?  I found it.

At least that was the system, I think, in -- in May of 2023.  I -- I can't speak to outside of that.

Q    Okay.  But you went on -- I'm just asking. You went online to file your challenge?  Sorry.

A    You go online to pay tickets.  So I -- I -- like, wherever that -- like, I think I usually would just, like, Google how to pay tickets, and then there's a challenge option, I think, is how it works.

Q    Okay.  And you've challenged at least one of the hydrants, and then at least one of the other tickets you've received; is that fair?

A    So I know I challenged one specifically on Cumberland Street, like, the -- where the subject ticket was.  I just don't know if it was the subject

ticket one or if it was a prior one in almost the exact same location on the grounds that when you -- and there's photos I submitted and -- on the -- on the -- whichever one I challenged that, again, should be in the City's possession.

The -- it's super unclear which side the no parking applies to. It's a circular thing in the middle, and it -- the -- right next to each other is, like, no parking on Monday, no parking on Tuesday and -- or parking every day other than Monday, parking every day other than Tuesday, and they're right next to each other. So you can't really tell as you're there, which -- which thing applies to the spot you're in. And so I -- yeah, I -- I've certainly challenged tickets before.

Q    Okay. And have you ever prevailed when you challenged a ticket?

A    Never. Well, at least not my tickets. I -- I believe I've prevailed as an attorney challenging someone else's ticket, but, like, in -- in misdemeanor court, not in -- not through the online system.

Q    Okay. I just want to show one more exhibit here and then -- and ask you a few questions about it, and then we can -- we can take a quick break and turn

biker making up fake economic theories.

And so in order to demonstrate that that wasn't -- I sound so ridiculous in -- in going through this, by the way. But in order to demonstrate that wasn't the case, I pointed out to him, I don't own a bike. I've ridden bikes, like, five times and I did have a car. And one of the factors that entered into my thinking about why I wanted to keep the car was effectively that looking for parking in Brooklyn is really difficult, and at least for me, having, like, a small family and, again, not moving the car every day, that that inevitably would lead to parking tickets at times.

Like, the -- as the -- what you went through shows, and as anyone who has those conditions and lives through that in Brooklyn I'm sure can attest to, it just -- it's part of the overall cost of owning a car, and it wasn't overall beneficial to my family to continue to own a car when I wasn't using it every day and, like, jumping through all the -- that -- especially the time, honestly. Because, like, look, the -- the $65 fines or whatever for parking, not -- like, it looks like in 2024, I was -- every few months would -- would have to pay $65, way cheaper than parking in a parking garage.

it, then I challenged it. If I didn't, then I didn't.

But I remember my primary issue at the time had to do with the double charging of the boot and towing fee less so than the $60 ticket underneath all of it, and not just because of the dollar amount. It's -- it's because of the, like, fairness and the -- the fact that, like, one $60 mistake can lead to a $500 charge.

I'm an attorney. I can afford that. Not everyone can. And the -- to have a city policy like this in place is not what the -- I don't -- anyways, I'm going to stop going off on a -- on a rant. But the -- my issue was the boot and towing fee, and I didn't see any way of challenging that.

Q    Okay. I'm just clarifying that you didn't try to challenge that through the PVB, and it sounds like you don't recall if you did?

A    What is the PVB?

Q    Sorry. You're right. When you dispute a ticket, you go in front of the -- in front of the parking board, which you've done a challenge like this before. Do you remember that?

A    Yes. But my experience was you put your information online, and they make a determination without you present. And nothing about this says that