# EXHIBIT 3

**POLICE DEPARTMENT**
**CITY OF NEW YORK**

August 11, 2025

From:       Commanding Officer, Citywide Tow Operations

To:         Inspector, Chief of Transportation Office

Subject:    TED BOOTING PROCEDURE


1. The Traffic Enforcement District immobilizes vehicles that are parked in Violation of NYC parking rules by affixing metal boots to the wheel, and boots to the windshield called "The Barnacle".

2. The purpose of booting is several:
   i. Serves as visual deterrent to other motorists
   ii. Allows the boot team to perform more enforcement actions per tour compared to being in a tow truck
   iii. Reduces the potential of damaging the vehicle during tow by not towing the vehicle
   iv. Allows the department to address more complaint locations since TED has a finite number of tow trucks and operators, including heavy duty tow trucks.
   v. Provides for more enforcement activity since the three tow pounds have limited space to park impounded vehicles that are towed

3. It is TED policy that Traffic Flow violations and Safety Quality of Life violations are not booted. These violations include Bus Stop, Bus Lane, Bike Lane, Double Parking, Traffic Lane, Crosswalk, and Hydrant. These violations are not booted since booting would further immobilize the vehicle in the location. Instead, these vehicles are towed in order to remove the traffic obstruction.

4. Booting is effected on lower priority violations such as:
   i. No Parking
   ii. Overnight Parking of Comm. Vehicles in Residential Areas
   iii. Detached Trailer

NYC000014

iv. Street storage of commercial vehicles
v. Parking in a commercial zone
vi. Parked Bus

5. When booted, a Boot Notice is placed on the driver's side window with instructions on how to redeem the boot. The motorist is provided two (2) hours from when first booted to visit the tow pound to pay the boot fee. If needed, the motorist can call the tow pound or ask the boot supervisor for a time extension, for additional travel time to the pound.

The Redemption Unit regularly runs a check on all booted vehicles. If a vehicle has invalid plates, registration, license or insurance, or is a scofflaw, the booted vehicle is immediately towed in.

At the end of the two hour period, the boot supervisor will check with the redemption unit at the tow pound if the boot is paid or if the motorist is at the pound, before arranging to tow the vehicle.

To pay the boot fee, the motorist visits the tow pound with a valid license, registration and insurance. Once payment is made, the boot team in the field is notified to remove the boot.

6. TED is developing a new option where motorists can pay their boot fee in the field, without the need of having to visit a tow pound. This payment in the field option is more efficient, and much more convenient to the public. This option is scheduled to begin late October 2025.

7. For your **INFORMATION.**

SC John K. Ottosen

John K. Ottosen
Section Commander

NYC000015



# REDEMPTION RECEIPT

**NYPD - TRAFFIC ENFORCEMENT DISTRICT**
**VIOLATION TOW SERVICE**
**VEHICLE PROCESSING RECORD**



**Voucher# 4162822**

**DATE: 08/19/2025    TIME: 13:49**
**LOCATION: B3**

**RECEIPT NO.**
R2023017185

**RECEIPT DATE: 04/10/2023 19:34**

**BOOT DATE: 04/03/2023 07:20    TOW DATE: 04/03/2023 09:55    VIN: 5NMJFCAE2NH079578**

**SUMMONS# 8999612107**

**RECEIVED FROM:**    **NAME: GEOFFREY BOWSER R   ADDRESS:** 296 ATLANTIC AVE Apt#
UNDEFINED
BROOKLYN NY 11201

**TOTAL PAID: FOUR HUNDRED NINETY DOLLARS**    $ 490.00

**PLATE# KTK8320**    **STATE: NY**    **MAKE: HYUNDAI**

---

**BOOT, TOWING AND STORAGE CHARGES**
 **FROM: 04/03/2023**
  **TO: 04/10/2023**
**NO. OF DAYS:    6**

| | | |
|---|---|---|
| **STORAGE AT $20.00 PER DAY:** | $ 120.00 | **BROOKLYN TOW POUND** |
| **TOWING CHARGE:** | $ 185.00 | **SANDS & NAVY STREET** |
| **BOOT FEE:** | $ 185.00 | BROOKLYN, NY 11205 |
| **TOTAL:** | $ 490.00 | Phone: 718-237-3300 |

**PAID BY VISA:**    $ 490.00  on  04/10/2023  at  19:34

| | | |
|---|---|---|
| **TOTAL TOW POUND FEES:** | $ 490.00 | **CASHIER** |
| **CONVENIENCE FEE: ( Non Refundable )** | $   9.80 | **CONNELLY, M.    [ 342925 ]** |
| **TOTAL PAID:** | $ 499.80 | |
| **TOTAL OWED:** | $    .00 | |

You must contact or visit NYC Dept. of Finance during normal business hours for any additional charges owed to NYC in order to mitigate the risk of being towed again for unpaid violations.

NYC000016

Case 1:23-cv-06183-DG-VMS    Document 47-3    Filed 01/20/26    Page 5 of 23 PageID #: 326

 

**NYPD - TRAFFIC ENFORCEMENT DISTRICT**
**VIOLATION TOW SERVICE**
**VEHICLE DETAIL PROFILE**

Voucher# 4162822

DATE: 08/19/2025   TIME: 13.49
TOW POUND: BROOKLYN TOW POUND

RECEIPT NO: R2023017185

## VEHICLE INFORMATION

CURRENT STATUS: CLOSED - EXIT on 04/10/2023 at 19 56
ACTION: TOW

| | | |
|---|---|---|
| METAL PLATE: KTK8320   NY | VIN: 5NMJFCAE2NH079578 | BODY TYPE: LL |
| STICKER PLATE: KTK8320   NY | MAKE: HYUNDAI | COLOR: GREY |
| # OF PLATES:   2 | MODEL: TUSCON | YEAR: 2022 |

REGISTERED OWNER: GEOFFREY BOWSER R
ADDRESS: 38 6TH AVE APT 2001   BROOKLYN NY 11217
REDEEMER NAME: GEOFFREY BOWSER R
ADDRESS: 296 ATLANTIC AVE Apt# UNDEFINED   BROOKLYN NY 11201

## SUMMONS INFORMATION

SUMMONS: 8999612107      VIOLATION TYPE: 20 - NO PKG

## INITIAL ENCOUNTER INFORMATION

TOW DATE/TIME: 04/03/2023 09 55      LOCATION: OPPOSITE OF 395 CUMBERLAND ST BROOKLYN NY
Between ATLANTIC CMNS and ATLANTIC AVE
TOW POUND: SANDS & NAVY STREET
BROOKLYN, NY 11205

| | | |
|---|---|---|
| TEA ID: 345535 | BADGE: 3434 | SQD: A |
| PCT: 088 | SECTOR: D | TRUCK # 6826 |

## PRE-TOW CONDITION

| | | | |
|---|---|---|---|
| RADIO: YES | DOORS: LOCKED | TRUNK: LOCKED | GL. COMP: LOCKED |
| KEYS: | TIRES:   0 | #WHEEL COVER:   0 | ENTRD: NO |

VEHICLE CONDITION: DRIVER SIDE FRONT DOOR IS SCRATCHED FRONT BUMPER IS SCRATCHED
REAR BUMPER IS SCRATCHED PASSENGER SIDE FRONT DOOR IS SCRATCHED
PASSENGER SIDE REAR QUARTER PANNEL IS SCRATCHED DRIVER SIDE REAR
DOOR IS DENTED
VISIBLE PROPERTY: CHILDSEAT

UNUSUAL CONDITIONS:
PERMIT NUMBER - TYPE:

## INTAKE OFFICER'S COMMENTS

VEHICLE CONDITION: DRIVER SIDE FRONT DOOR IS SCRATCHED FRONT BUMPER IS SCRATCHED REAR
BUMPER IS SCRATCHED PASSENGER SIDE FRONT DOOR IS SCRATCHED PASSENGER
SIDE REAR QUARTER PANNEL IS SCRATCHED DRIVER SIDE REAR DOOR IS DENTED
VISIBLE PROPERTY:   CHILDSEAT

## FEES

| | | |
|---|---|---|
| TOWING CHARGE: $185.00 | STORAGE FEE: $120.00 | BOOT FEE: $185.00 |
| TOTAL: $490.00 | TOTAL PAID:  $490.00 | TOTAL OWED: $.00 |

BOOTED BY: | 345535 | DARREN THOMAS
BOOT/TOW BY: | 345535 | DARREN THOMAS
TOWED BY: | 341220 | TRACY HENDRICKS
REVIEWED BY: | 342925 |

Run Date: 08/19/2025 13 49 17                    page 1 of 12

NYC000017



**NYPD - TRAFFIC ENFORCEMENT DISTRICT**
**VIOLATION TOW SERVICE**
**VEHICLE DETAIL PROFILE**

Voucher# 4162822

DATE: 08/19/2025    TIME: 13 49
TOW POUND: BROOKLYN TOW POUND

**PROPERTY VOUCHERS:**

SUPERVISOR GENERAL COMMENTS

| No. | Date & Time | Entered By | Comment |
|-----|-------------|------------|---------|

GENERAL VOUCHER COMMENTS

| No. | Date & Time | Entered By | Comment |
|-----|-------------|------------|---------|

Run Date: 08/19/2025 13 49 17

NYC000018

## The City of New York
### Notice of Parking Violation

YOU MUST ANSWER WITHIN 30 DAYS OF THE DATE OF THIS
TICKET.IF YOU DO NOT RESPOND, PENALTIES AND INTEREST
WILL BE ADDED AND YOUR VEHICLE MAY BE BOOTED OR TOWED.

N/S=Not Shown
N/A=Not Applicable

| Permit Displayed | Permit Number | Type |
|---|---|---|
| N/S | N/A | N/A |

Name of the Operator, if present. If not present:
OWNER OF THE VEHICLE BEARING LICENSE

| Plate | CD | Exp. Date | State | Plate Type |
|---|---|---|---|---|
| KTK8320 | 8 | 01/16/26 | NY | PAS |

| Make | Color | Year | Body Type |
|---|---|---|---|
| HYUN | GY | 2022 | SUBN |

VIN #
5NMJFCAE2NH079578

THE OPERATOR AND OWNER OF THE ABOVE VEHICLE ARE CHARGED AS FOLLOWS:

In Violation of NYC Traffic Rules, Section: 4-08(d)(1)

No Pkg street cleaning
DAYS/HRS: M/11:30A-1P

Place of Occurrence

Front of 142 S Portland Ave

| VC | Meter # / Zone | Operational | Limit | County | Pct. |
|---|---|---|---|---|---|
| 21 | | | | K | 088 |

| Date/Time of Offense | Date/Time 1st Observed |
|---|---|
| 10/28/24  12:23 PM | N/A |

Complainant's Comments:
No driver no permit no activity

**FINE AMOUNT:** $65.00

| Agency | Command | Tax Reg # | Device ID |
|---|---|---|---|
| TRAFFIC | T-301 | 373154 | HA1828 |

Complainant's Name

DEY, T.

Signature of Complainant

I affirm under penalty of perjury (Penal Law 210.45) that I personally observed the offense charged above; if the operator was present I indicated the operator's name or indicated "ID Refused" and personally served this Notice upon him/her; if the operator was not present or refused to accept personal service of this Notice, I affixed this Notice to the vehicle.

X

**TURN OVER FOR IMPORTANT INFORMATION
ON HOW TO PAY OR DISPUTE THIS TICKET**

Run Date: December 11, 2025          Run Time: 14:22:50

Login Date/Time:  10/28/24  10:20    Users Id/UserId:    3,031,339 373154

Crnd/Squad/Shft/Patrol:      3      28      27      21      8005

ID:      500066998927

**HHID: HA1828**

**2D Barcode was scanned on the Registration Sticker.**

| Latitude / Longitude: | 40.6849788 | -73.9743251 |
|---|---|---|
| GPS Timestamp: | 10/28/2024  12:23:16 | |

Handheld Version:    2024.10.11.1079

**Internal Officer Comment:**

Affirmed:    10/28/2024  12:23:20

NYC000121

## The City of New York
## Notice of Parking Violation

YOU MUST ANSWER WITHIN 30 DAYS OF THE DATE OF THIS
TICKET. IF YOU DO NOT RESPOND, PENALTIES AND INTEREST
WILL BE ADDED AND YOUR VEHICLE MAY BE BOOTED OR TOWED.

N/S=Not Shown
N/A=Not Applicable

| Permit Displayed | Permit Number | Type |
|---|---|---|
| N/S | N/A | N/A |

Name of the Operator, if present. If not present:
OWNER OF THE VEHICLE BEARING LICENSE

| Plate | CD | Exp. Date | State | Plate Type |
|---|---|---|---|---|
| KTK8320 | 8 | 01/16/26 | NY | PAS |

| Make | Color | Year | Body Type |
|---|---|---|---|
| HYUN | GY | 2022 | SUBN |

VIN #
5NMJFCAE2NH079578

THE OPERATOR AND OWNER OF THE ABOVE VEHICLE ARE CHARGED AS FOLLOWS:

In Violation of NYC Traffic Rules, Section: 4-08(d)(1)

No Pkg street cleaning
DAYS/HRS: M/11:30A-1P

Place of Occurrence

Front of 212 S Oxford St

| VC | Meter # / Zone | Operational | Limit | County | Pct. |
|---|---|---|---|---|---|
| 21 | | | | K | 088 |

| Date/Time of Offense | Date/Time 1st Observed |
|---|---|
| 08/19/24  12:16 PM | N/A |

Complainant's Comments:
No driver no permit no activity

**FINE AMOUNT:** $65.00

| Agency | Command | Tax Reg # | Device ID |
|---|---|---|---|
| TRAFFIC | T-301 | 373154 | HA1828 |

Complainant's Name

DEY, T.

Signature of Complainant

I affirm under penalty of perjury (Penal Law 210.45) that I personally observed the offense charged above; if the operator was present I indicated the operator's name or indicated "ID Refused" and personally served this Notice upon him/her; if the operator was not present or refused to accept personal service of this Notice, I affixed this Notice to the vehicle.

X  _Tatin Dey_

## TURN OVER FOR IMPORTANT INFORMATION
## ON HOW TO PAY OR DISPUTE THIS TICKET

---

Run Date: December 11, 2025          Run Time: 14:23:01

Login Date/Time:   08/19/24  10:31    Users Id/UserId:    3,031,339  373154

Cmd/Squad/Shft/Patrol:          3      28      27      21      8005

ID:    500065417164

**HHID: HA1828**

**2D Barcode was scanned on the Registration Sticker.**

Latitude / Longitude:          40.6831598      -73.9729250
GPS Timestamp:      08/19/2024  12:16:14

Handheld Version:    2024.4.6.1022

**Internal Officer Comment:**

Affirmed:    08/19/2024  12:16:19

NYC000122

## The City of New York
### Notice of Parking Violation

YOU MUST ANSWER WITHIN 30 DAYS OF THE DATE OF THIS
TICKET.IF YOU DO NOT RESPOND, PENALTIES AND INTEREST
WILL BE ADDED AND YOUR VEHICLE MAY BE BOOTED OR TOWED.

N/S=Not Shown
N/A=Not Applicable

| Permit Displayed | Permit Number | Type |
|---|---|---|
| N/S | N/A | N/A |

Name of the Operator, if present. If not present:
OWNER OF THE VEHICLE BEARING LICENSE

| Plate | CD | Exp. Date | State | Plate Type |
|---|---|---|---|---|
| KTK8320 | 8 | 01/16/26 | NY | PAS |

| Make | Color | Year | Body Type |
|---|---|---|---|
| HYUN | GY | 2022 | SUBN |

VIN #
5NMJFCAE2NH079578

THE OPERATOR AND OWNER OF THE ABOVE VEHICLE ARE CHARGED AS FOLLOWS:

In Violation of NYC Traffic Rules, Section: 4-08(d)(1)

No Pkg street cleaning
DAYS/HRS: TuF/11:30A-1P

Place of Occurrence

Opposite 527 Dean St

| VC | Meter # / Zone | Operational | Limit | County | Pct. |
|---|---|---|---|---|---|
| 21 | | | | K | 077 |

| Date/Time of Offense | Date/Time 1st Observed |
|---|---|
| 05/07/24  12:01 PM | N/A |

Complainant's Comments:

**FINE AMOUNT:**      **$65.00**

| Agency | Command | Tax Reg # | Device ID |
|---|---|---|---|
| TRAFFIC | T-301 | 373712 | HA5655 |

Complainant's Name

JUNIOR, K.

Signature of Complainant

I affirm under penalty of perjury (Penal Law 210.45) that I personally observed the offense charged above; if the operator was present I indicated the operator's name or indicated "ID Refused" and personally served this Notice upon him/her; if the operator was not present or refused to accept personal service of this Notice, I affixed this Notice to the vehicle.

X

**TURN OVER FOR IMPORTANT INFORMATION
ON HOW TO PAY OR DISPUTE THIS TICKET**

Run Date: December 11, 2025        Run Time: 14:23:12

Login Date/Time:   05/07/24  10:27    Users Id/UserId:      3,031,544  373712

Cmd/Squad/Shft/Patrol:        3        29        27        21        8017

ID:       500062984085

**HHID: HA5655**

**2D Barcode was scanned on the Registration Sticker.**

| Latitude / Longitude: | 40.6813014 | -73.9727277 |
|---|---|---|

GPS Timestamp:      05/07/2024  12:01:30

Handheld Version:      2024.4.6.1022

**Internal Officer Comment:**

Affirmed:      05/07/2024  12:01:35

NYC000123

## The City of New York
## Notice of Parking Violation

YOU MUST ANSWER WITHIN 30 DAYS OF THE DATE OF THIS
TICKET. IF YOU DO NOT RESPOND, PENALTIES AND INTEREST
WILL BE ADDED AND YOUR VEHICLE MAY BE BOOTED OR TOWED.

N/S=Not Shown
N/A=Not Applicable

| Permit Displayed | Permit Number | Type |
|---|---|---|
| N/S | N/A | N/A |

Name of the Operator, if present. If not present:
OWNER OF THE VEHICLE BEARING LICENSE

| Plate | CD | Exp. Date | State | Plate Type |
|---|---|---|---|---|
| KTK8320 | 8 | 01/16/24 | NY | PAS |

| Make | Color | Year | Body Type |
|---|---|---|---|
| HYUN | GY | 2022 | SUBN |

**VIN #**

5NMJFCAE2NH079578

THE OPERATOR AND OWNER OF THE ABOVE VEHICLE ARE CHARGED AS FOLLOWS:

In Violation of NYC Traffic Rules, Section: 4-08(d)(1)

No Pkg street cleaning
DAYS/HRS: TuF/8:30A-10A

Place of Occurrence

Front of 718 Dean St

| VC | Meter # / Zone | Operational | Limit | County | Pct. |
|---|---|---|---|---|---|
| 21 | | | | K | 088 |

| Date/Time of Offense | Date/Time 1st Observed |
|---|---|
| 03/22/24  08:50 AM | N/A |

Complainant's Comments:

**FINE AMOUNT:**   **$65.00**

| Agency | Command | Tax Reg # | Device ID |
|---|---|---|---|
| TRAFFIC | T-301 | 377547 | HA2014 |

Complainant's Name

SMITH, D.

Signature of Complainant

I affirm under penalty of perjury (Penal Law 210.45) that I personally observed the offense charged above, if the operator was present I indicated the operator's name or indicated "ID Refused" and personally served this Notice upon him/her, if the operator was not present or refused to accept personal service of this Notice, I affixed this Notice to the vehicle.

X   D. Brield

**TURN OVER FOR IMPORTANT INFORMATION ON HOW TO PAY OR DISPUTE THIS TICKET**

Run Date: December 11, 2025      Run Time: 14:23:23

Login Date/Time:   03/22/24  07:27   Users Id/UserId:   3,032,225  377547

Cmd/Squad/Shft/Patrol:      3      29      36      21      8017

ID:      500061946284

**HHID: HA2014**

**2D Barcode was scanned on the Registration Sticker.**

Latitude / Longitude:      40.6798661      -73.9663678
GPS Timestamp:      03/22/2024  08:50:26

Handheld Version:   2023.9.28.921

**Internal Officer Comment:**

Affirmed:      03/22/2024  08:50:47

NYC000124

## The City of New York
### Notice of Parking Violation

YOU MUST ANSWER WITHIN 30 DAYS OF THE DATE OF THIS TICKET. IF YOU DO NOT RESPOND, PENALTIES AND INTEREST WILL BE ADDED AND YOUR VEHICLE MAY BE BOOTED OR TOWED.

N/S=Not Shown
N/A=Not Applicable

| Permit Displayed | Permit Number | Type |
|---|---|---|
| N/S | N/A | N/A |

Name of the Operator, if present. If not present:
OWNER OF THE VEHICLE BEARING LICENSE

| Plate | CD | Exp. Date | State | Plate Type |
|---|---|---|---|---|
| KTK8320 | 8 | 01/16/24 | NY | PAS |

| Make | Color | Year | Body Type |
|---|---|---|---|
| HYUN | GY | 2022 | SUBN |

VIN #
5NMJFCAE2NH079578

THE OPERATOR AND OWNER OF THE ABOVE VEHICLE ARE CHARGED AS FOLLOWS:

In Violation of NYC Traffic Rules, Section: 4-08(j)(3)

Reg. Sticker Expired (NYS)

Place of Occurrence

Front of 718 Dean St

| VC | Meter # / Zone | Operational | Limit | County | Pct. |
|---|---|---|---|---|---|
| 70 | | | | K | 088 |

| Date/Time of Offense | Date/Time 1st Observed |
|---|---|
| 03/22/24  08:49 AM | N/A |

Complainant's Comments:

Sticker #: HV109221

**FINE AMOUNT:** $65.00

| Agency | Command | Tax Reg # | Device ID |
|---|---|---|---|
| TRAFFIC | T-301 | 377547 | HA2014 |

Complainant's Name

SMITH, D.

Signature of Complainant

I affirm under penalty of perjury (Penal Law 210 45) that I personally observed the offense charged above; if the operator was present I indicated the operator's name or indicated "ID Refused" and personally served this Notice upon him/her; if the operator was not present or refused to accept personal service of this Notice, I affixed this Notice to the vehicle

X   D. Smith

**TURN OVER FOR IMPORTANT INFORMATION ON HOW TO PAY OR DISPUTE THIS TICKET**

Run Date: December 11, 2025          Run Time: 14:23:34

Login Date/Time:  03/22/24  07:27    Users Id/UserId:  3,032,225  377547

Cmd/Squad/Shft/Patrol:   3   29   36   21   8017

ID:   500061946203

**HHID: HA2014**

**2D Barcode was scanned on the Registration Sticker.**

Latitude / Longitude:   40.6798462   -73.9663628
GPS Timestamp:   03/22/2024  08:49:51

Handheld Version:   2023.9.28.921

**Internal Officer Comment:**

Affirmed:   03/22/2024  08:50:10

NYC000125

## The City of New York
### Notice of Parking Violation

YOU MUST ANSWER WITHIN 30 DAYS OF THE DATE OF THIS
TICKET.IF YOU DO NOT RESPOND, PENALTIES AND INTEREST
WILL BE ADDED AND YOUR VEHICLE MAY BE BOOTED OR TOWED.

N/S=Not Shown
N/A=Not Applicable

| Permit Displayed | Permit Number | Type |
|---|---|---|
| N/S | N/A | N/A |

Name of the Operator, if present. If not present:
OWNER OF THE VEHICLE BEARING LICENSE

| Plate | CD | Exp. Date | State | Plate Type |
|---|---|---|---|---|
| KTK8320 | 8 | 01/16/24 | NY | PAS |

| Make | Color | Year | Body Type |
|---|---|---|---|
| HYUN | GY | 2022 | SUBN |

VIN #

5NMJFCAE2NH079578

THE OPERATOR AND OWNER OF THE ABOVE VEHICLE ARE CHARGED AS FOLLOWS:

In Violation of NYC Traffic Rules, Section: 4-08(j)(3)

Reg. Sticker Expired (NYS)

Place of Occurrence

Front of 718 Dean St

| VC | Meter # / Zone | Operational | Limit | County | Pct. |
|---|---|---|---|---|---|
| 70 | | | | K | 077 |

| Date/Time of Offense | Date/Time 1st Observed |
|---|---|
| 03/21/24  07:52 AM | N/A |

Complainant's Comments:

Sticker #: HV109221

**FINE AMOUNT:**    **$65.00**

| Agency | Command | Tax Reg # | Device ID |
|---|---|---|---|
| TRAFFIC | T-301 | 368610 | HA1846 |

Complainant's Name

ALAM, M.

Signature of Complainant

I affirm under penalty of perjury (Penal Law 210.45) that I personally observed the offense charged above; if the operator was present I indicated the operator's name or indicated "ID Refused" and personally served this Notice upon him/her, if the operator was not present or refused to accept personal service of this Notice, I affixed this Notice to the vehicle.

X    M Alam

**TURN OVER FOR IMPORTANT INFORMATION
ON HOW TO PAY OR DISPUTE THIS TICKET**

Run Date: December 11, 2025     Run Time: 14:23:43

Login Date/Time:   03/21/24  06:31   Users Id/UserId:   3,030,573  368610

Cmd/Squad/Shft/Patrol:       3      8,002      24      22      8017

ID:       500061910376

**HHID: HA1846**

**2D Barcode was scanned on the Registration Sticker.**

Latitude / Longitude:        40.6797386      -73.9663622
GPS Timestamp:    03/21/2024  07:52:22

Handheld Version:    2023.9.28.921

**Internal Officer Comment:**

Affirmed:    03/21/2024  07:52:31

NYC000126

## The City of New York
## Notice of Parking Violation

YOU MUST ANSWER WITHIN 30 DAYS OF THE DATE OF THIS
TICKET.IF YOU DO NOT RESPOND, PENALTIES AND INTEREST
WILL BE ADDED AND YOUR VEHICLE MAY BE BOOTED OR TOWED
N/S=Not Shown
N/A=Not Applicable

| Permit Displayed | Permit Number | Type |
|---|---|---|
| N/S | N/A | N/A |

Name of the Operator, if present. If not present:
OWNER OF THE VEHICLE BEARING LICENSE

| Plate | CD | Exp. Date | State | Plate Type |
|---|---|---|---|---|
| KTK8320 | 8 | 01/16/24 | NY | PAS |

| Make | Color | Year | Body Type |
|---|---|---|---|
| HYUN | GY | 2022 | SUBN |

VIN #

5NMJFCAE2NH079578

THE OPERATOR AND OWNER OF THE ABOVE VEHICLE ARE CHARGED AS FOLLOWS:

In Violation of NYC Traffic Rules, Section: 4-08(j)(3)

Reg. Sticker Expired (NYS)

Place of Occurrence

Opposite 560 Dean St

| VC | Meter # / Zone | Operational | Limit | County | Pct. |
|---|---|---|---|---|---|
| 70 | | | | K | 077 |

| Date/Time of Offense | Date/Time 1st Observed |
|---|---|
| 03/12/24  11:10 AM | N/A |

Complainant's Comments:
No renewal

Sticker #: HV109221

**FINE AMOUNT:**     **$65.00**

| Agency | Command | Tax Reg # | Device ID |
|---|---|---|---|
| TRAFFIC | T-301 | 375297 | HA1738 |

| Complainant's Name | | | |
|---|---|---|---|
| GEORGE, J. | | | |

Signature of Complainant

I affirm under penalty of perjury (Penal Law 210.45) that I personally observed the offense charged above: if the operator was present I indicated the operator's name or indicated "ID Refused" and personally served this Notice upon him/her; if the operator was not present or refused to accept personal service of this Notice, I affixed this Notice to the vehicle.

X  _George_

**TURN OVER FOR IMPORTANT INFORMATION
ON HOW TO PAY OR DISPUTE THIS TICKET**

Run Date: December 11, 2025          Run Time: 14:23:51

Login Date/Time:  03/12/24  08:54    Users Id/UserId:  3,031,796  375297

Cmd/Squad/Shft/Patrol:        3      40      41      22      8017

ID:    500061679610

**HHID: HA1738**

**2D Barcode was scanned on the Registration Sticker.**

| Latitude / Longitude: | 40.6808828 | -73.9715173 |
|---|---|---|
| GPS Timestamp: | 03/12/2024  11:11:26 | |

Handheld Version:    2023.2.15.863

**Internal Officer Comment:**

Affirmed:    03/12/2024  11:11:28

NYC000127

## The City of New York
## Notice of Parking Violation

YOU MUST ANSWER WITHIN 30 DAYS OF THE DATE OF THIS TICKET. IF YOU DO NOT RESPOND, PENALTIES AND INTEREST WILL BE ADDED AND YOUR VEHICLE MAY BE BOOTED OR TOWED.

N/S=Not Shown
N/A=Not Applicable

| Permit Displayed | Permit Number | Type |
|---|---|---|
| N/S | N/A | N/A |

Name of the Operator, if present. If not present:
OWNER OF THE VEHICLE BEARING LICENSE

| Plate | CD | Exp. Date | State | Plate Type |
|---|---|---|---|---|
| KTK8320 | 8 | 01/16/24 | NY | PAS |

| Make | Color | Year | Body Type |
|---|---|---|---|
| HYUN | GY | 2022 | SUBN |

VIN #

5NMJFCAE2NH079578

THE OPERATOR AND OWNER OF THE ABOVE VEHICLE ARE CHARGED AS FOLLOWS:

In Violation of NYC Traffic Rules, Section: 4-08(j)(3)

Reg. Sticker Expired (NYS)

### Place of Occurrence

Front of 85 Hanson Pl

| VC | Meter # / Zone | Operational | Limit | County | Pct. |
|---|---|---|---|---|---|
| 70 | | | | K | 088 |

| Date/Time of Offense | Date/Time 1st Observed |
|---|---|
| 03/06/24  12:39 PM | N/A |

Complainant's Comments:
No visual renewal display

Sticker #: HV109221

**FINE AMOUNT:**  $65.00

| Agency | Command | Tax Reg # | Device ID |
|---|---|---|---|
| TRAFFIC | T-301 | 363466 | HA1751 |

Complainant's Name

MCLEAN , E.

Signature of Complainant

I affirm under penalty of perjury (Penal Law 210.45) that I personally observed the offense charged above; if the operator was present I indicated the operator's name or indicated "ID Refused" and personally served this Notice upon him/her; if the operator was not present or refused to accept personal service of this Notice, I affixed this Notice to the vehicle.

X

**TURN OVER FOR IMPORTANT INFORMATION ON HOW TO PAY OR DISPUTE THIS TICKET**



Run Date: December 11, 2025        Run Time: 14:24:02

Login Date/Time:   03/06/24  10:50    Users Id/UserId:       901,052  363466

Cmd/Squad/Shft/Patrol:        3       37       27       21       8007

ID:        500061532255

**HHID: HA1751**

**2D Barcode was scanned on the Registration Sticker.**

Latitude / Longitude:        40.6855930      -73.9740496
GPS Timestamp:        03/06/2024  12:40:36

Handheld Version:        2023.9.28.921

**Internal Officer Comment:**

Affirmed:        03/06/2024  12:40:48

NYC000128

## The City of New York
## Notice of Parking Violation

YOU MUST ANSWER WITHIN 30 DAYS OF THE DATE OF THIS TICKET. IF YOU DO NOT RESPOND, PENALTIES AND INTEREST WILL BE ADDED AND YOUR VEHICLE MAY BE BOOTED OR TOWED.

N/S=Not Shown
N/A=Not Applicable

| Permit Displayed | Permit Number | Type |
|---|---|---|
| N/S | N/A | N/A |

Name of the Operator, if present. If not present:
OWNER OF THE VEHICLE BEARING LICENSE

| Plate | CD | Exp. Date | State | Plate Type |
|---|---|---|---|---|
| KTK8320 | 8 | 01/16/24 | NY | PAS |

| Make | Color | Year | Body Type |
|---|---|---|---|
| HYUN | GY | 2022 | SUBN |

VIN #
5NMJFCAE2NH079578

THE OPERATOR AND OWNER OF THE ABOVE VEHICLE ARE CHARGED AS FOLLOWS:

In Violation of NYC Traffic Rules, Section: 4-08(j)(3)

Reg. Sticker Expired (NYS)

Place of Occurrence
Front of 85 Hanson Pl

| VC | Meter # / Zone | Operational | Limit | County | Pct. |
|---|---|---|---|---|---|
| 70 | | | | K | 088 |

| Date/Time of Offense | Date/Time 1st Observed |
|---|---|
| 02/23/24 05:53 PM | N/A |

Complainant's Comments:
No renewal

Sticker #: HV109221

**FINE AMOUNT:**    **$65.00**

| Agency | Command | Tax Reg # | Device ID |
|---|---|---|---|
| TRAFFIC | T-301 | 375297 | HA1738 |

Complainant's Name
GEORGE, J.

Signature of Complainant

I affirm under penalty of perjury (Penal Law 210.45) that I personally observed the offense charged above; if the operator was present I indicated the operator's name or indicated "ID Refused" and personally served this Notice upon him/her, if the operator was not present or refused to accept personal service of this Notice, I affixed this Notice to the vehicle.

X _Georg_

**TURN OVER FOR IMPORTANT INFORMATION ON HOW TO PAY OR DISPUTE THIS TICKET**

Run Date: December 11, 2025    Run Time: 14:24:13

| Login Date/Time: | 02/23/24 12:42 | Users Id/UserId: | 3,031,796 375297 |
|---|---|---|---|

| Cmd/Squad/Shft/Patrol: | 3 | 40 | 28 | 21 | 8005 |
|---|---|---|---|---|---|

ID:    500061234997

**HHID: HA1738**

**2D Barcode was scanned on the Registration Sticker.**

| Latitude / Longitude: | 40.6855614 | -73.9740895 |
|---|---|---|
| GPS Timestamp: | 02/23/2024 17:54:37 | |

Handheld Version:    2023.2.15.863

**Internal Officer Comment:**

Affirmed:    02/23/2024 17:54:53

NYC000129

## The City of New York
### Notice of Parking Violation

YOU MUST ANSWER WITHIN 30 DAYS OF THE DATE OF THIS
TICKET.IF YOU DO NOT RESPOND, PENALTIES AND INTEREST
WILL BE ADDED AND YOUR VEHICLE MAY BE BOOTED OR TOWED.

N/S=Not Shown
N/A=Not Applicable

| Permit Displayed | Permit Number | Type |
|---|---|---|
| N/S | N/A | N/A |

Name of the Operator, if present. If not present:
OWNER OF THE VEHICLE BEARING LICENSE

| Plate | CD | Exp. Date | State | Plate Type |
|---|---|---|---|---|
| KTK8320 | 8 | 01/16/24 | NY | PAS |

| Make | Color | Year | Body Type |
|---|---|---|---|
| HYUN | GY | 2022 | SUBN |

VIN #
5NMJFCAE2NH079578

THE OPERATOR AND OWNER OF THE ABOVE VEHICLE ARE CHARGED AS FOLLOWS:

In Violation of NYC Traffic Rules, Section: 4-08(j)(3)

Reg. Sticker Expired (NYS)

Place of Occurrence

Opposite 15 Atlantic Commons

| VC | Meter # / Zone | Operational | Limit | County | Pct. |
|---|---|---|---|---|---|
| 70 | | | | K | 088 |

| Date/Time of Offense | Date/Time 1st Observed |
|---|---|
| 02/06/24  04:24 PM | N/A |

Complainant's Comments:
No valid renewal on dash

Sticker #: HV109221

**FINE AMOUNT:**    **$65.00**

| Agency | Command | Tax Reg # | Device ID |
|---|---|---|---|
| TRAFFIC | T-301 | 371755 | HA1814 |

Complainant's Name

PASLEY, J.

Signature of Complainant

I affirm under penalty of perjury (Penal Law 210.45) that I personally observed the offense charged above; if the operator was present I indicated the operator's name or indicated "ID Refused " and personally served this Notice upon him/her; if the operator was not present or refused to accept personal service of this Notice, I affixed this Notice to the vehicle

X

**TURN OVER FOR IMPORTANT INFORMATION
ON HOW TO PAY OR DISPUTE THIS TICKET**

---

Run Date: December 11, 2025          Run Time: 14:24:27

Login Date/Time:  02/06/24  12:23    Users Id/UserId:    3,031,167  371755

Cmd/Squad/Shft/Patrol:          3        41        28        21        8005

ID:        500060821022

**HHID: HA1814**

**2D Barcode was scanned on the Registration Sticker.**

Latitude / Longitude:        40.6841432      -73.9727232
GPS Timestamp:        02/06/2024  16:24:46

Handheld Version:        2023.9.28.921

**Internal Officer Comment:**

Affirmed:        02/06/2024  16:24:47

NYC000130

## The City of New York
## Notice of Parking Violation

YOU MUST ANSWER WITHIN 30 DAYS OF THE DATE OF THIS
TICKET. IF YOU DO NOT RESPOND, PENALTIES AND INTEREST
WILL BE ADDED AND YOUR VEHICLE MAY BE BOOTED OR TOWED.

N/S=Not Shown
N/A=Not Applicable

| Permit Displayed | Permit Number | Type |
|---|---|---|
| N/S | N/A | N/A |

Name of the Operator, if present. If not present:
OWNER OF THE VEHICLE BEARING LICENSE

| Plate | CD | Exp. Date | State | Plate Type |
|---|---|---|---|---|
| KTK8320 | 8 | 01/16/24 | NY | PAS |

| Make | Color | Year | Body Type |
|---|---|---|---|
| HYUN | GY | 2022 | SUBN |

VIN #
5NMJFCAE2NH079578

THE OPERATOR AND OWNER OF THE ABOVE VEHICLE ARE CHARGED AS FOLLOWS:

In Violation of NYC Traffic Rules, Section: 4-08(d)(1)

No Pkg street cleaning
DAYS/HRS: TuF/11:30A-1P

Place of Occurrence

Opposite 527 Dean St

| VC | Meter # / Zone | Operational | Limit | County | Pct. |
|---|---|---|---|---|---|
| 21 | | | | K | 077 |

| Date/Time of Offense | Date/Time 1st Observed |
|---|---|
| 12/22/23  11:54 AM | N/A |

Complainant's Comments:

FINE AMOUNT: **$65.00**

| Agency | Command | Tax Reg # | Device ID |
|---|---|---|---|
| TRAFFIC | T-301 | 373712 | HA5655 |

| Complainant's Name |
|---|
| JUNIOR, K. |

Signature of Complainant

I affirm under penalty of perjury (Penal Law 210.45) that I personally observed the offense charged above; if the operator was present I indicated the operator's name or indicated "ID Refused" and personally served this Notice upon him/her; if the operator was not present or refused to accept personal service of this Notice, I affixed this Notice to the vehicle

X  _(signature)_

**TURN OVER FOR IMPORTANT INFORMATION
ON HOW TO PAY OR DISPUTE THIS TICKET**

9091374846-9

Run Date: December 11, 2025        Run Time: 14:24:40

Login Date/Time:  12/22/23  09:36    Users Id/UserId:    3,031,544  373712

Cmd/Squad/Shft/Patrol:        3    18,084    18011    21    8017

ID:      500059908942

**HHID: HA5655**

**2D Barcode was scanned on the Registration Sticker.**

Latitude / Longitude:      40.6813148    -73.9730569
GPS Timestamp:    12/22/2023  11:55:04

Handheld Version:    2023.9.28.921

**Internal Officer Comment:**

Affirmed:    12/22/2023  11:55:06

NYC000131

## The City of New York
## Notice of Parking Violation

YOU MUST ANSWER WITHIN 30 DAYS OF THE DATE OF THIS
TICKET.IF YOU DO NOT RESPOND, PENALTIES AND INTEREST
WILL BE ADDED AND YOUR VEHICLE MAY BE BOOTED OR TOWED.
N/S=Not Shown
N/A=Not Applicable

| Permit Displayed | Permit Number | Type |
|---|---|---|
| N/S | N/A | N/A |

Name of the Operator, if present. If not present:
OWNER OF THE VEHICLE BEARING LICENSE

| Plate | CD | Exp. Date | State | Plate Type |
|---|---|---|---|---|
| KTK8320 | 8 | 01/16/24 | NY | PAS |

| Make | Color | Year | Body Type |
|---|---|---|---|
| HYUN | GY | 2022 | SUBN |

VIN #
5NMJFCAE2NH079578

THE OPERATOR AND OWNER OF THE ABOVE VEHICLE ARE CHARGED AS FOLLOWS:

In Violation of NYC Traffic Rules, Section: 4-08(d)(1)

No Pkg street cleaning
DAYS/HRS: TuF/11:30A-1P

Place of Occurrence

Front of 588 Dean St

| VC | Meter # / Zone | Operational | Limit | County | Pct. |
|---|---|---|---|---|---|
| 21 | | | | K | 077 |

| Date/Time of Offense | Date/Time 1st Observed |
|---|---|
| 10/31/23  11:56 AM | N/A |

Complainant's Comments:

**FINE AMOUNT:**   **$65.00**

| Agency | Command | Tax Reg # | Device ID |
|---|---|---|---|
| TRAFFIC | T-301 | 370326 | HA1899 |

Complainant's Name

WHEELER, D.

Signature of Complainant

I affirm under penalty of perjury (Penal Law 210.45) that I personally observed the offense charged above; if the operator was present I indicated the operator's name or indicated "ID Refused" and personally served this Notice upon him/her; if the operator was not present or refused to accept personal service of this Notice, I affixed this Notice to the vehicle.

X

## TURN OVER FOR IMPORTANT INFORMATION
## ON HOW TO PAY OR DISPUTE THIS TICKET



Run Date: December 11, 2025     Run Time: 14:24:53

Login Date/Time:  10/31/23  07:22     Users Id/UserId:   3,030,841  370326

Cmd/Squad/Shft/Patrol:        3      35      25      21      8017

ID:      500058765590

**HHID: HA1899**

**2D Barcode was scanned on the Registration Sticker.**

Latitude / Longitude:        40.6808050        -73.9704943
GPS Timestamp:     10/31/2023  11:56:19

Handheld Version:     2023.2.15.863

**Internal Officer Comment:**

Affirmed:     10/31/2023  11:56:25

NYC000132

**The City of New York**

**Notice of Parking Violation**

YOU MUST ANSWER WITHIN 30 DAYS OF THE DATE OF THIS
TICKET.IF YOU DO NOT RESPOND, PENALTIES AND INTEREST
WILL BE ADDED AND YOUR VEHICLE MAY BE BOOTED OR TOWED.

N/S=Not Shown
N/A=Not Applicable

| Permit Displayed | Permit Number | Type |
|---|---|---|
| N/S | N/A | N/A |

Name of the Operator, if present. If not present:
OWNER OF THE VEHICLE BEARING LICENSE

| Plate | CD | Exp. Date | State | Plate Type |
|---|---|---|---|---|
| KTK8320 | 8 | 01/16/24 | NY | PAS |

| Make | Color | Year | Body Type |
|---|---|---|---|
| HYUN | GY | 2022 | SUBN |

VIN #

5NMJFCAE2NH079578

THE OPERATOR AND OWNER OF THE ABOVE VEHICLE ARE CHARGED AS FOLLOWS:

In Violation of NYC Traffic Rules, Section: 4-08(h)(1)

Failure to Dsply Parking Meter Rec
DAYS/HRS: EXCEPT Su/8:30A-7P

Place of Occurrence

Front of 42-07 Broadway

| VC | Meter # / Zone | Operational | Limit | County | Pct. |
|---|---|---|---|---|---|
| 38 | 418470 | | | Q | 114 |

| Date/Time of Offense | Date/Time 1st Observed |
|---|---|
| 09/30/23  12:36 PM | N/A |

Complainant's Comments:
No Valid Receipt Visible On Dash.

**FINE AMOUNT:** **$35.00**

| Agency | Command | Tax Reg # | Device ID |
|---|---|---|---|
| TRAFFIC | T-401 | 357800 | HA2251 |

Complainant's Name

Paul, K

Signature of Complainant

I affirm under penalty of perjury (Penal Law 210.45) that I personally observed the offense charged
above; if the operator was present I indicated the operator's name or indicated "ID Refused" and
personally served this Notice upon him/her; if the operator was not present or refused to accept personal service of
this Notice, I affixed this Notice to the vehicle.

x   K Paul

**TURN OVER FOR IMPORTANT INFORMATION
ON HOW TO PAY OR DISPUTE THIS TICKET**

Run Date: December 11, 2025          Run Time: 14:25:04

Login Date/Time:    09/30/23  09:20    Users Id/UserId:    401,102 357800

Cmd/Squad/Shft/Patrol:         18        203        173        131        12072

ID:       500058026129

**HHID: HA2251**

**2D Barcode was scanned on the Registration Sticker.**

Latitude / Longitude:        40.7581811      -73.9171227
GPS Timestamp:      09/30/2023  12:36:55

Handheld Version:      2023.2.15.863

**Internal Officer Comment:**

Affirmed:      09/30/2023  12:37:20

NYC000133

## The City of New York
## Notice of Parking Violation

YOU MUST ANSWER WITHIN 30 DAYS OF THE DATE OF THIS
TICKET. IF YOU DO NOT RESPOND, PENALTIES AND INTEREST
WILL BE ADDED AND YOUR VEHICLE MAY BE BOOTED OR TOWED.
N/S=Not Shown
N/A=Not Applicable

| Permit Displayed | Permit Number | Type |
|---|---|---|
| N/S | N/A | N/A |

Name of the Operator, if present. If not present:
OWNER OF THE VEHICLE BEARING LICENSE

| Plate | CD | Exp. Date | State | Plate Type |
|---|---|---|---|---|
| KTK8320 | 8 | 01/16/24 | NY | PAS |

| Make | Color | Year | Body Type |
|---|---|---|---|
| HYUN | GY | 2022 | SUBN |

VIN #
5NMJFCAE2NH079578

THE OPERATOR AND OWNER OF THE ABOVE VEHICLE ARE CHARGED AS FOLLOWS:

In Violation of NYC Traffic Rules, Section: 4-08(e)(2)

Fire Hydrant
0 FEET FROM HYDRANT

Place of Occurrence
Front of 700 Pacific St

| VC | Meter # / Zone | Operational | Limit | County | Pct. |
|---|---|---|---|---|---|
| 40 | | | | K | 088 |

| Date/Time of Offense | Date/Time 1st Observed |
|---|---|
| 05/21/23  06:43 AM | N/A |

Complainant's Comments:

**FINE AMOUNT:**    $115.00

| Agency | Command | Tax Reg # | Device ID |
|---|---|---|---|
| TRAFFIC | T-301 | 375371 | HA5568 |

Complainant's Name
SIMON, S.

Signature of Complainant

I affirm under penalty of perjury (Penal Law 210.45) that I personally observed the offense charged above; if the operator was present I indicated the operator's name or indicated "ID Refused" and personally served this Notice upon him/her; if the operator was not present or refused to accept personal service of this Notice, I affixed this Notice to the vehicle

X

**TURN OVER FOR IMPORTANT INFORMATION
ON HOW TO PAY OR DISPUTE THIS TICKET**

90507236 2-7

Run Date: December 11, 2025          Run Time: 14:25:24

Login Date/Time:  05/21/23  06:19    Users Id/UserId:    3,031,867  375371

Cmd/Squad/Shft/Patrol:          3        36        24        22        8005

ID:    500055027986

**HHID: HA5568**

**2D Barcode was scanned on the Registration Sticker.**

| Latitude / Longitude: | 40.6821076 | -73.9731598 |
|---|---|---|
| GPS Timestamp: | 05/21/2023  06:43:32 | |

Handheld Version:    2023.2.15.863

**Internal Officer Comment:**

Affirmed:    05/21/2023  06:43:49

NYC000134

## The City of New York
## Notice of Parking Violation

YOU MUST ANSWER WITHIN 30 DAYS OF THE DATE OF THIS
TICKET.IF YOU DO NOT RESPOND, PENALTIES AND INTEREST
WILL BE ADDED AND YOUR VEHICLE MAY BE BOOTED OR TOWED.

N/S=Not Shown
N/A=Not Applicable

| Permit Displayed | Permit Number | Type |
|---|---|---|
| N/S | N/A | N/A |

Name of the Operator, if present. If not present:
OWNER OF THE VEHICLE BEARING LICENSE

| Plate | CD | Exp. Date | State | Plate Type |
|---|---|---|---|---|
| KTK8320 | 8 | 01/16/24 | NY | PAS |

| Make | Color | Year | Body Type |
|---|---|---|---|
| HYUN | GY | 2022 | SUBN |

VIN #
5NMJFCAE2NH079578

THE OPERATOR AND OWNER OF THE ABOVE VEHICLE ARE CHARGED AS FOLLOWS:

In Violation of NYC Traffic Rules, Section: 4-08(e)(2)

Fire Hydrant
0 FEET FROM HYDRANT

Place of Occurrence
Front of 700 Pacific St

| VC | Meter # / Zone | Operational | Limit | County | Pct. |
|---|---|---|---|---|---|
| 40 | | | | K | 077 |

| Date/Time of Offense | Date/Time 1st Observed |
|---|---|
| 05/20/23  08:06 AM | N/A |

Complainant's Comments:

**FINE AMOUNT:**    **$115.00**

| Agency | Command | Tax Reg # | Device ID |
|---|---|---|---|
| TRAFFIC | T-301 | 375371 | HA5568 |

Complainant's Name
SIMON, S.

Signature of Complainant

I affirm under penalty of perjury (Penal Law 210.45) that I personally observed the offense charged above; if the operator was present I indicated the operator's name or indicated "ID Refused" and personally served this Notice upon him/her; if the operator was not present or refused to accept personal service of this Notice, I affixed this Notice to the vehicle.

X  _Balan Rien_

**TURN OVER FOR IMPORTANT INFORMATION
ON HOW TO PAY OR DISPUTE THIS TICKET**

Run Date: December 11, 2025        Run Time: 14:25:35

Login Date/Time:    05/20/23  07:24    Users Id/UserId:    3,031,867  375371

Cmd/Squad/Shft/Patrol:        3        36      25      21        8017

ID:        500055018055

**HHID: HA5568**

**2D Barcode was scanned on the Registration Sticker.**

Latitude / Longitude:        40.6820418      -73.9727452
GPS Timestamp:        05/20/2023  08:06:13

Handheld Version:        2023.2.15.863

**Internal Officer Comment:**

Affirmed:        05/20/2023  08:06:27

NYC000135

## The City of New York
## Notice of Parking Violation

YOU MUST ANSWER WITHIN 30 DAYS OF THE DATE OF THIS
TICKET IF YOU DO NOT RESPOND, PENALTIES AND INTEREST
WILL BE ADDED AND YOUR VEHICLE MAY BE BOOTED OR TOWED.

N/S=Not Shown
N/A=Not Applicable

| Permit Displayed | Permit Number | Type |
|---|---|---|
| N/S | N/A | N/A |

Name of the Operator, if present. If not present:
OWNER OF THE VEHICLE BEARING LICENSE

| Plate | CD | Exp. Date | State | Plate Type |
|---|---|---|---|---|
| KTK8320 | 8 | 01/16/24 | NY | PAS |

| Make | Color | Year | Body Type |
|---|---|---|---|
| HYUN | GY | 2022 | SUBN |

VIN #
5NMJFCAE2NH079578

THE OPERATOR AND OWNER OF THE ABOVE VEHICLE ARE CHARGED AS FOLLOWS:

In Violation of NYC Traffic Rules, Section: 4-08(j)(6)

Insp Sticker Expired (NYS)

Place of Occurrence

Opposite 278 Carlton Ave

| VC | Meter # / Zone | Operational | Limit | County | Pct. |
|---|---|---|---|---|---|
| 71 | | | | K | 088 |

| Date/Time of Offense | Date/Time 1st Observed |
|---|---|
| 03/08/23  11:42 AM | N/A |

Complainant's Comments:

Insp #: 16149110 Exp: 01/31/23

**FINE AMOUNT:** $65.00

| Agency | Command | Tax Reg # | Device ID |
|---|---|---|---|
| TRAFFIC | T-301 | 358630 | HA1761 |

Complainant's Name

CHEN, J.

Signature of Complainant

I affirm under penalty of perjury (Penal Law 210.45) that I personally observed the offense charged above; if the operator was present I indicated the operator's name or indicated "ID Refused" and personally served this Notice upon him/her; if the operator was not present or refused to accept personal service of this Notice, I affixed this Notice to the vehicle

X

**TURN OVER FOR IMPORTANT INFORMATION
ON HOW TO PAY OR DISPUTE THIS TICKET**

Run Date: December 11, 2025    Run Time: 14:25:55

Login Date/Time: 03/08/23  10:21    Users Id/UserId: 301,093  358630

Cmd/Squad/Shft/Patrol:    3    28    27    21    8005

ID: 500053092251

**HHID: HA1761**

**2D Barcode was scanned on the Registration Sticker.**

Latitude / Longitude:    40.6893462    -73.9720194
GPS Timestamp: 03/08/2023  11:43:01

Handheld Version: 2022.3.10.664

**Internal Officer Comment:**

Affirmed: 03/08/2023  11:43:22

NYC000136

## The City of New York
## Notice of Parking Violation

YOU MUST ANSWER WITHIN 30 DAYS OF THE DATE OF THIS
TICKET. IF YOU DO NOT RESPOND, PENALTIES AND INTEREST
WILL BE ADDED AND YOUR VEHICLE MAY BE BOOTED OR TOWED.

N/S=Not Shown
N/A=Not Applicable

| Permit Displayed | Permit Number | Type |
|---|---|---|
| N/S | N/A | N/A |

Name of the Operator, if present. If not present:
OWNER OF THE VEHICLE BEARING LICENSE

| Plate | CD | Exp. Date | State | Plate Type |
|---|---|---|---|---|
| KTK8320 | 8 | 01/16/24 | NY | PAS |

| Make | Color | Year | Body Type |
|---|---|---|---|
| HYUN | GY | 2022 | SUBN |

VIN #
5NMJFCAE2NH079578

THE OPERATOR AND OWNER OF THE ABOVE VEHICLE ARE CHARGED AS FOLLOWS:

In Violation of NYC Traffic Rules, Section: 4-08(j)(6)

Insp Sticker Expired (NYS)

Place of Occurrence

Opposite 408 Cumberland St

| VC | Meter # / Zone | Operational | Limit | County | Pct. |
|---|---|---|---|---|---|
| 71 | | | | K | 088 |

| Date/Time of Offense | Date/Time 1st Observed |
|---|---|
| 02/10/23  03:15 PM | N/A |

Complainant's Comments:
No renewal on dash

Insp #: 16149110 Exp: 01/31/23

**FINE AMOUNT:**    $65.00

| Agency | Command | Tax Reg # | Device ID |
|---|---|---|---|
| TRAFFIC | T-301 | 375297 | HA1738 |

Complainant's Name

GEORGE, J.

Signature of Complainant

I affirm under penalty of perjury (Penal Law 210.45) that I personally observed the offense charged above; if the operator was present I indicated the operator's name or indicated "ID Refused" and personally served this Notice upon him/her; if the operator was not present or refused to accept personal service of this Notice, I affixed this Notice to the vehicle

X  ~George~

**TURN OVER FOR IMPORTANT INFORMATION
ON HOW TO PAY OR DISPUTE THIS TICKET**

Run Date: December 11, 2025     Run Time: 14:26:09

Login Date/Time:    02/10/23  12:23     Users Id/UserId:    3,031,796  375297

Cmd/Squad/Shft/Patrol:    3    40    28    21    8005

ID:    500052413931

**HHID: HA1738**

**2D Barcode was scanned on the Registration Sticker.**

Latitude / Longitude:    40.6834211    -73.9719030
GPS Timestamp:    02/10/2023  15:16:07

Handheld Version:    2022.3.10.664

**Internal Officer Comment:**

Affirmed:    02/10/2023  15:16:19

NYC000137