# EXHIBIT 4

## The City of New York
## Notice of Parking Violation

YOU MUST ANSWER WITHIN 30 DAYS OF THE DATE OF THIS
TICKET. IF YOU DO NOT RESPOND, PENALTIES AND INTEREST
WILL BE ADDED AND YOUR VEHICLE MAY BE BOOTED OR TOWED.

Rev. 08/21   N/S=Not Shown
N/A=Not Applicable

| Permit Displayed | Permit Number | Type |
|---|---|---|
| N/S | N/A | N/A |

Name of the Operator, if present. If not present:
OWNER OF THE VEHICLE BEARING LICENSE

| Plate | CD | Exp. Date | State | Plate Type |
|---|---|---|---|---|
| KTK8320 | 8 | 01/16/24 | NY | PAS |

| Make | Color | Year | Body Type |
|---|---|---|---|
| HYUN | GY | 2022 | SUBN |

VIN #
5NMJFCAE2NH079578

THE OPERATOR AND OWNER OF THE ABOVE VEHICLE ARE CHARGED AS FOLLOWS:

In Violation of NYC Traffic Rules, Section:   4-08(d)

No Parking
DAYS/HRS: M/7A-7P

Place of Occurrence
Opposite 395 Cumberland St

| VC | Meter # / Zone | Operational | Limit | County | Pct. |
|---|---|---|---|---|---|
| 20 | | | | K | 088 |

| Date/Time of Offense | Date/Time 1st Observed |
|---|---|
| 04/03/23 07:16AM | N/A |

Complainant's Comments:

## FINE AMOUNT:   $60.00

| Agency | Command | Tax Reg # | Device ID |
|---|---|---|---|
| TRAFFIC | T-730 | 345535 | HA2139 |

Complainant's Name
THOMAS, D.

Signature of Complainant

I affirm under penalty of perjury (Penal Law 210.45) that I personally observed the offense charged above; if the operator was present I indicated the operator's name or indicated "ID Refused" and personally served this Notice upon him/her, if the operator was not present or refused to accept personal service of this Notice, I affixed this Notice to the vehicle.



X

**TURN OVER FOR IMPORTANT INFORMATION
ON HOW TO PAY OR DISPUTE THIS TICKET**

TURN OVER

Bowser 000015





**Voucher# 4162822**

NYC TOW PARKING
BKLYN NVY YD SAND & N ST
BROOKLYN, NY. 11205
718-237-3300

**SALE**

**...ENT DISTRICT**

**...ORD**

**DATE: 04/10/2023   TIME: 19:34**
LOCATION: B3

REF#: 00000008

Batch #: 847
04/10/23                    19:33:52
SVC FEE APPR CODE: 09926C
APPR CODE: 00585C
Trace: 8
VISA                        Chip
*************9119            **/**

**RECEIPT DATE:**

**RECEIPT NO.**
R2023017185

**BOOT DATE:** 04    **AMOUNT**     **$490.00**   )3/2023 09:55   **VIN:** 5NMJFCAE2NH079578
                     **SERVICE FEE**   **$9.80**
**SUMMONS#** 89\    **TOTAL**      **$499.80**

**RECEIVED FRO**                        ..EY BOWSER R   **ADDRESS:** 296 ATLANTIC AVE Apt#
                                                        UNDEFINED
              **APPROVED**                              BROOKLYN NY 11201

**TOTAL PAID:** F(                                         $ 490.00

**PLATE#** KTK83\
                  CHASE  VISA
                  AID:  A0000000031010                    **MAKE:** HYUNDAI
**BOOT, TOWING**  TVR: 00 80 00 80 00
  **FROM:** 04/03/\  TSI: E8 00
  **TO:** 04/10/\
**NO. OF DAYS:**   This transaction includes a non-refundable
                   Service Fee charged by Elavon that will appear
                   on your credit or debit statement as
**STORAGE AT $**     [ Elavon-Service Fee ]            )0   **BROOKLYN TOW POUND**
      **TO**       All Service Fee inquiries should be directed to  )0   SANDS & NAVY STREET
                   Elavon 7300 Chapman Hwy Knoxville.  )0   BROOKLYN, NY 11205
                       TN 37020 800-725-1243           )0   Phone: 718-237-3300
                        custsvc@elavon.com

                       NO REFUNDS ALLOWED
**PAID BY VISA:**        THANK YOU               )0   **on** 04/10/2023 **at** 19:34

**TOTAL TOW P(**                                 )0   **CASHIER**
**CONVENIENCE**      CUSTOMER COPY               80   **CONNELLY, M.**      [ 342925 ]
**TOTAL PAID:**                          $ 499.80
**TOTAL OWED:**                          $    .00

You must contact or visit NYC Dept. of Finance during normal business hours for any additional charges owed to NYC in order to mitigate the risk
of being towed again for unpaid violations.

**Bowser 000016**



**NEW YORK CITY POLICE DEPARTMENT**
**TRAFFIC ENFORCEMENT DISTRICT**
**BROOKLYN TOW POUND**
**BROOKLYN NAVY YARD, 26 NAVY ST & SANDS ST**
**(718) 694-0091 / (718) 694-0092**

DATE: 4/3/23    TIME: 7:18    BOOT: BK.052

| PLATE | STATE | MAKE | COLOR |
|-------|-------|------|-------|
| KTL 8320 | N.Y. | HYUNDAI | BLACK |

### WARNING

**This vehicle violates the NYC Traffic Rules & Regulations section 4-08.**
The resulting obstruction of traffic causes unecessary delays. Pursuant to section 4-08 of those rules, this vehicle has been immobilized. Any attempt to move this vehicle may result in damage to the vehicle.

### ATTENTION

**You must pay** one hundred & eighty-five dollars (**$185.00**) at the Brooklyn Tow Pound **within TWO (2) HOURS** of the boot time listed above. (See address above.)

*OR*

### Your vehicle will be towed for an additional fee of $185.00

### REDEMPTION PROCEDURE

**To redeem your vehicle you must present all of the following documents:**
1. Current valid driver's license.
2. Current valid Registration Certificate or Rental Agreement.
3. Current valid Insurance Card.

If you are not the registered owner and do not possess the registration certificate or insurance card for the vehicle, you will need to present a letter of authorization from the registered owner. Payment can be made in cash, money order, certified check, American Express, Master Card, Visa, Discover/Novus, Diners Club International, NYCE Interlink, MAC Maestro and US Traveler's Checks.

In order to avoid receiving a second summons, please leave summons on windshield.

**ANY ATTEMPT TO REMOVE, DAMAGE OR DESTROY THE IMMOBILIZATION DEVICE WILL RESULT IN SUBSEQUENT CRIMINAL PROSECUTION.**

**Bowser 000018**