# EXHIBIT 5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

GEOFFREY BOWSER, individually and on behalf
of all others similarly situated,

                                  Plaintiff,

           -against-

THE CITY OF NEW YORK, and DERMOT SHEA,
KEECHANT SEWELL, and EDWARD CABAN
each in his/her individual capacity,

                             Defendants.

**DECLARATION OF**
**SAMANTHA SCHONFELD**

23-CV-06183 (DG)(VMS)

---

**SAMANTHA SCHONFELD**, declares pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1.    I am an Assistant Corporation Counsel in the office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendants the City of New York ("City") and Dermot Shea, Keechant Sewell and Edward Caban each in their individual capacities. As such, I am familiar with the facts stated below and submit this declaration to place on the record the relevant documents in support of the Defendants' motion to dismiss the Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

2.    Attached as Exhibit "A" is a true and correct copy of Summons No. 899961210-7 which was issued to plaintiff on April 3, 2023.

Dated:    New York, New York
           May 7, 2024

                                  /s/ Samantha Schonfeld
                                  Samantha Schonfeld
                                  Assistant Corporation Counsel

1

# EXHIBIT A

## The City of New York
## Notice of Parking Violation

YOU MUST ANSWER WITHIN 30 DAYS OF THE DATE OF THIS
TICKET. IF YOU DO NOT RESPOND, PENALTIES AND INTEREST
WILL BE ADDED AND YOUR VEHICLE MAY BE BOOTED OR TOWED.
Rev. 08/21    N/S=Not Shown
N/A=Not Applicable

| Permit Displayed | Permit Number | Type |
|---|---|---|
| N/S | N/A | N/A |

Name of the Operator, if present. If not present:
OWNER OF THE VEHICLE BEARING LICENSE

| Plate | CD | Exp. Date | State | Plate Type |
|---|---|---|---|---|
| KTK8320 | 8 | 01/16/24 | NY | PAS |

| Make | Color | Year | Body Type |
|---|---|---|---|
| HYUN | GY | 2022 | SUBN |

VIN #
5NMJFCAE2NH079578

THE OPERATOR AND OWNER OF THE ABOVE VEHICLE ARE CHARGED AS FOLLOWS:

In Violation of NYC Traffic Rules, Section: 4-08(d)

No Parking
DAYS/HRS: M/7A-7P

Place of Occurrence
Opposite 395 Cumberland St

| VC | Meter # / Zone | Operational | Limit | County | Pct. |
|---|---|---|---|---|---|
| 20 | | | | K | 088 |

| Date/Time of Offense | Date/Time 1st Observed |
|---|---|
| 04/03/23 07:16 AM | N/A |

Complainant's Comments:

**FINE AMOUNT:    $ 60.00**

| Agency | Command | Tax Reg # | Device ID |
|---|---|---|---|
| TRAFFIC | T-730 | 345535 | HA2139 |

Complainant's Name
THOMAS, D.

Signature of Complainant

I affirm under penalty of perjury (Penal Law 210.45) that I personally observed the offense charged above; if
the operator was present I indicated the operator's name or indicated "ID Refused" and personally served
this Notice upon him/her; if the operator was not present or refused to accept personal service of this Notice, I
affixed this Notice to the vehicle.

X

## TURN OVER FOR IMPORTANT INFORMATION
## ON HOW TO PAY OR DISPUTE THIS TICKET



**Pay or Dispute this ticket on your mobile device.**
**Visit nyc.gov/payordispute**

## TO PLEAD GUILTY AND PAY THE VIOLATION

### Using the NYC Pay or Dispute Mobile App
* Download the mobile app at nyc.gov/payordispute
* Choose "Pay Tickets"
* Scan the barcode or enter your ticket number to pay

### Go Online
Visit nyc.gov/citypay and choose "Parking and Camera Violations".

### By Mail
Use the orange envelope to mail your payment.

### In Person
Visit nyc.gov/contactfinance for a listing of Finance Business Centers or call 311 for locations and hours of operation.

## TO PLEAD NOT GUILTY AND REQUEST A HEARING

### Using the NYC Pay or Dispute Mobile App
* Download the mobile app at nyc.gov/payordispute
* Choose "Dispute a Ticket"
* Scan the barcode or enter your ticket number
* Upload evidence using your camera and request a hearing

### Go Online
Visit nyc.gov/disputeticket to upload evidence from your computer and request a hearing.

### By Mail
USE THE ORANGE ENVELOPE FOR PAYMENTS ONLY.
Send your name, defense (signed and dated), copies of your evidence, and your return address along with the ticket to:

> NYC Department of Finance
> Hearing by Mail Unit
> P.O. Box 29021
> Brooklyn, NY 11202-9021

### In Person
Visit nyc.gov/contactfinance for a listing of Finance Business Centers or call 311 for locations and hours of operation.

## FOR MORE INFORMATION

**Visit nyc.gov/finance or contact 311.**
**Outside NYC: 212 NEW-YORK RELAY: 212-639-9675**

Failure to answer as required shall be deemed an admission of liability. Additional penalties will be charged and a default judgement may be entered against you. Vehicles with outstanding judgements may be booted or towed.

Rev. 08/21